# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | Case No. 3:07-cr-066 |
| -vs- | |
| TIFFANY S. REEVES, | Magistrate Judge Sharon L. Ovington |
| Defendant. | |

## DISMISSAL ORDER

The Government's oral motion to dismiss case is GRANTED. It is hereby ORDERED that the above captioned case is dismissed.

December 13, 2012                                                              s/Sharon L. Ovington
                                                                                                  Sharon L. Ovington
                                                                               United States Magistrate Judge